IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 02–45–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| DAVID RAY TEEPLES, | |
| Defendant. | |

Defendant David Ray Teeples' opposed Motion for Early Termination of Supervision is now before the Court. (Doc. 64.) The defendant has served just over two years of his ten-year supervision term. Having considered the factors in 18 U.S.C. § 3553(a), the defendant's conduct, and the defendant's arguments, the Court is not satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that the motion (Doc. 64) is DENIED.

Dated this 6th day of March, 2019.

Donald W. Molloy, District Judge
United States District Court